80IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA

       v.                                              Case No.: 22-mj-86

GERARDO HERNANDEZ ANSELMO
AND FELIPE ENGRACIA-GONZALEZ,

                      Defendants.

---

COMPLAINT FOR A VIOLATION OF
TITLE 18, UNITED STATES CODE, SECTIONS 1201(a)(1) and (2)

---

BEFORE United States Magistrate Judge      United States District Court
Peter Oppeneer                                          120 North Henry Street
                                                                                 Madison, Wisconsin 53703

The undersigned complainant being duly sworn states:

On or about June 9, 2022, in the Western District of Wisconsin, the defendants,

GERARDO HERNANDEZ ANSELMO
AND FELIPE ENGRACIA-GONZALEZ,

knowingly and unlawfully seized, confined, kidnapped, abducted, and carried away

the victim, R.E., and willfully transported the victim in interstate commerce from

Wisconsin to Florida.

(In violation of Title 18, United States Code, Sections 1201(a)(1) and (2)).

This complaint is based on the attached affidavit of DANIEL J. DIAZ.

                                                      s/
                                              DANIEL J. DIAZ
                                              Special Agent, FEDERAL BUREAU OF
                                              INVESTIGATION

Sworn to before me telephonically this 23rd day of June 2022.

                                                      Peter Oppeneer  Digitally signed by Peter Oppeneer
                                                                       Date: 2022.06.23 14:20:51 -05'00'
                                                  HONORABLE PETER OPPENEER

| | |
|---|---|
| COUNTY OF DANE | ) |
|  | ) ss |
| STATE OF WISCONSIN | ) |

# AFFIDAVIT

I, DANIEL J. DIAZ, first being duly sworn under oath, hereby depose and state as follows:

1. I am a special agent (SA) with the Federal Bureau of Investigation (FBI). I have been employed as an FBI Special Agent for approximately twelve years and am currently assigned to the FBI's Milwaukee Field Office (MWFO), Wausau Resident Agency. As a special agent I have participated in many investigations of violations of federal and local laws regarding violent crimes to include kidnapping for ransom and extortions related to kidnapping. I have gained experience in the conduct of such investigations through previous case investigations, formal training, and in consultation with law enforcement partners in federal, state, and local law enforcement agencies. Prior to becoming an FBI Agent, I spent 10 years with the City of Tempe Police Department.

2. The facts in this affidavit come from my training and experience, as well as my personal participation in this investigation via reports prepared by, and information obtained from, representatives from other government agencies, all of whom I believe to be truthful and reliable. This affidavit does not contain every fact I know about this investigation and is merely intended to show probable cause that GERARDO HERNANDEZ ANSELMO and FELIPE ENGRACIA-GONZALEZ committed a violation of Title 18, United States Code, Sections 1201(a)(1) and (2)).

3. On June 10, 2022, an officer in the Colby-Abbotsford Police Department received information that the victim, R.E., had not returned home from work the day before and had possibly been kidnapped. The complainant reported that he went to R.E.'s place of employment in Abbotsford, Wisconsin to find him, and while there, learned there was a video of the parking lot that showed R.E. being pushed into the backseat of a car that had parked next to his.

4. Law enforcement went to R.E.'s place of employment and reviewed the video. I have also reviewed the video. It shows a late model Cadillac Escalade enter the parking lot on June 9, 2022 at approximately 1:39 p.m. It eventually pulls into the parking spot next to R.E.'s vehicle. At 2:55 p.m., R.E. is seen walking from the building to his vehicle. As he approaches his vehicle, the front passenger-side door of the Escalade opens. R.E. is then seen talking to the driver of the Escalade. R.E. then is seen opening the rear drivers-side door of the vehicle and getting in. As this is happening, the front seat passenger gets out of the Escalade and walks around the rear of the vehicle. R.E. hesitates briefly, then gets into the open door of the Escalade and closes the door. The front passenger walks around the vehicle and enters the rear driver's side door of the vehicle. The door then closes and the Escalade leaves the parking lot.

5. On that same day, at approximately 3:19 p.m., the Marathon County Communications Center received a 911-hang up call from a phone number later identified as R.E.'s number. When the 911 operator attempted to return the call, it went straight to voice mail. The phone that made that call was later found discarded on a highway near Wausau, Wisconsin.

6. Citizens familiar with R.E. told law enforcement that they suspected R.E. had been taken to Florida to work off a debt he owed to the defendants because they helped him enter the country illegally.

7. While law enforcement was talking to the citizens, a call came in to one of the citizen's phones from a number that was registered to Gerardo HERNANDEZ ANSELMO. R.E. was on the line and said he needed to work off his debt, then "Mary" might let him go.

8. Law enforcement in Florida went to an address in Kissimmee, Florida where they found HERNANDEZ ANSELMO and ENGRACIA-GONZALEZ. They also recovered R.E. and interviewed him. R.E. stated that he was taken from his place of employment against his will and identified HERNANDEZ ANSELMO and ENGRACIA-GONZALEZ as the people responsible. In a later interview, R.E. stated that he was not initially threatened but was pushed into the vehicle in the parking lot. While in the car, he was trying to use his phone but they took it away from him. While he was arguing with someone in the back seat, the driver, whom R.E. identified as HERNANDEZ ANSELMO, turned around a pointed a gun at him. The driver told R.E. to give up his cell phone, which the driver then threw out the window. R.E. also said that he was told that his family would be killed if he did not pay his debts.

9. On June 12, 2022, law enforcement executed a search warrant on the Cadillac Escalade used to transport R.E. from Wisconsin to Florida and found a Ruger P 89, 9 mm handgun in the center console.

s/
_____
DANIEL J. DIAZ
Special Agent,
FEDERAL BUREAU OF
INVESTIGATION


Sworn to before me telephonically this 23rd day of June 2022.

Peter Oppeneer
Digitally signed by Peter Oppeneer
Date: 2022.06.23 14:27:07 -05'00'
_____
Honorable Peter Oppeneer
United States Magistrate Judge

4